THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE ) | CHAPTER 7 |
| ) | |
| ) | CASE NO: 13-22846-REB |
| STELIAN G. PAND ) | |
| ) | |
| Debtor, ) | |
| ) | |
| _____ ) | _____ |
| ) | |
| SUNTRUST BANK, ) | |
| ) | ADVERSARY PROCEEDING NO. |
| Plaintiff, ) | 14-02019 |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| STELIAN G. PAND ) | |
| ) | |
| Defendant, ) | |

ANSWER

COMES NOW Defendant, STELIAN G. PAND, pro-se and makes this his Answer to Plaintiffs' Complaint as follows:

FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Defendant raises the affirmative defense of Breach of Condition Precedent to Recovery and Estoppel,

### THIRD DEFENSE

Defendant's debt to Plaintiff as alleged in Plaintiff's Complaint is dischargeable under 11 U.S.C. Section 523 (a ) and all of its subsections and is an unsecured or partially secured non-priority debt.

### FOURTH DEFENSE

Throughout the entire time that Defendant obtain loan proceeds from Plaintiff, at the direction of the loan officers Hasan Mannan and/or Greg Latora who were employed by Plaintiff, Defendant, signed documentation (some of which were blank), provided accurate documents, proceeded in good faith and did all he was told to do by the said loan officer to obtain funding for Defendant's business.

### FIFTH DEFENSE

Although Defendant did sign much of the ongoing paperwork required by Plaintiff to obtain original funding and subsequent funding for his business, Defendant was unaware that alleged false information was provided to Plaintiff and denies providing false information, that allegedly induced Plaintiff to make Loans to Defendant's company. Such alleged false documentation was provided upon information and belief by Plaintiff's loan officers, Hasan Mannan and/or Greg Latora, in order to procure the loan for Defendant's company and so that said loan officers would be paid commissions by Plaintiff for the loan. .

### SIXTH DEFENSE

All monies obtained by Defendant through the loans were used for corporate purposes and were deposited into Defendant's corporate checking account for operations.

### SEVENTH DEFENSE

Although Defendant was paid a salary by Defendant's company, Defendant did not use any of the funding for personal use or for non-corporate activities.

EIGHTH DEFENSE

Plaintiff needs to better research their own loan officers before hiring them to insure integrity and honesty in the loan process. Plaintiff failed to exercise a reasonable amount of due diligence to insure information provided by its own loan officer(s) were accurate.

NINTH DEFENSE

All allegations of Plaintiffs that the actions or inactions of Defendant of provisions of 11 U.S.C. Section 523 (a)(2)(A), 523 (a)(2)(B) and 523 (a)(6) are without merit and do not rise to the threshold required under these provisions to declare the debt owed to Plaintiff non-dischargeable.

TENTH DEFENSE

Defendant responds to the specifically enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.

Defendant admits the allegation contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant admits the allegation contained in Paragraph 3 of Plaintiff's Complaint.

4.

Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint..

5.

Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Complaint

6.

Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.

Defendant admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.

Defendant admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.

Defendant admits the allegations contained in Paragraph 10 of Plaintiff's Complaint to the extent loans were made to Global Capital, but is unable to form a belief as to the truthfulness and accuracy of the remaining allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.

Defendant admits the allegation contained in Paragraph 11 of Plaintiff's Complaint.

12.

Defendant admits the allegations contained in Paragraph 12 of Plaintiff's Complaint

13.

Defendant admits the allegations contained Paragraph 13 of Plaintiff's Complaint.

14.

Defendant admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.

Defendant is unable to form a belief as to the truthfulness of the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.

Defendant denies each and every allegation contained in Paragraph 16 of Plaintiff's Complaint.

17.

Defendant is unable to form a belief as to the truthfulness of the allegations contained in Paragraph 17 of Plaintiff's Complaint, as stated.

18.

Defendant denies each and every allegation contained in Paragraph 18 of Plaintiff's Complaint, to the extent that it is alleged that Defendant intentionally provided false information to Plaintiff

19.

Defendant denies each and every allegation contained in Paragraph 19 of Plaintiff's Complaint.

20

Defendant denies each and every allegation contained in Paragraph 20 of Plaintiff's Complaint, to the extent that it is stated or implied the Defendant intentionally provided false information to Plaintiff. .

21.

Defendant denies each and every allegation contained in Paragraph 21 of Plaintiff's Complaint, to the extent that it is stated or implied the Defendant intentionally provided false information to Plaintiff. .

22.

Defendant denies each and every allegation contained in Paragraph 22 of Plaintiff's Complaint.

23.

Defendant denies each and every allegation contained in Paragraph 23 of Plaintiff's Complaint.

24.

Defendant denies each and every allegation contained in Paragraph 24 of Plaintiff's Complaint.

25

Defendant denies each and every allegation contained in Paragraph 25 of Plaintiff's Complaint, in that it is stated and implied that Defendant provided the said information which he unconditionally denies. .

26

Defendant, denies each and every allegation contained in Paragraph 26 of Plaintiff's Complaint.

27.

Defendant denies each and every allegation contained in Paragraph 27 of Plaintiff's Complaint, in that it is stated and implied that Defendant provided the said information which he unconditionally denies.

28.

Defendant, admits that the Loan was increased but denies providing any documentation or information with the intent to defraud or falsely induce Plaintiff to provide the Loan proceeds and therefore denies each and every other allegation contained in Paragraph 28 of Plaintiff's Complaint.

29.

Defendant, denies each and every allegation contained in Paragraph 29 of Plaintiff's Complaint.

30. (25)

Defendant, denies each and every allegation contained in Paragraph 30 incorrectly listed as paragraph 25,of Plaintiff's Complaint.

31. (26)

Defendant, denies each and every allegation contained in Paragraph 31 incorrectly listed as

paragraph 26, of Plaintiff's Complaint.

### 32. (27)

Defendant, denies each and every allegation contained in Paragraph 32 incorrectly listed as paragraph 27, of Plaintiff's Complaint.

### 33. (28)

Defendant, denies each and every allegation contained in Paragraph 33 incorrectly listed as paragraph 28, of Plaintiff's Complaint.

### 34. (29)

Defendant, denies each and every allegation contained in Paragraph 34 incorrectly listed as paragraph 29, of Plaintiff's Complaint.

### 35. (30)

Defendant admits the allegations contained in Paragraph 35 incorrectly listed as paragraph 30 of Plaintiff's Complaint to the extent that the information was inaccurate, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the remaining allegations contained in Paragraph 35 incorrectly listed as paragraph 30 of Plaintiff's Complaint

### 36 (31).

Defendant admits the allegations contained in Paragraph 36 incorrectly listed as paragraph 31 of Plaintiff's Complaint to the extent that he stated that the information in the personal financial statements was inaccurate, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the remaining allegations contained in Paragraph 36 incorrectly listed as paragraph 31 of Plaintiff's Complaint

### 37. (32)

Defendant admits the allegations contained in Paragraph 37 incorrectly listed as paragraph 32 of Plaintiff's Complaint to the extent that he stated that the information related to investment accounts, stock, or margin accounts was inaccurate, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and

therefore denies the remaining allegations contained in Paragraph 37 incorrectly listed as paragraph 32 of Plaintiff's Complaint

38. (33)

Defendant admits the allegations contained in Paragraph 38 incorrectly listed as paragraph 33 of Plaintiff's Complaint to the extent that he stated that the information was inaccurate related to money market accounts, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the remaining allegations contained in Paragraph 38 incorrectly listed as paragraph 33 of Plaintiff's Complaint

39. (34)

Defendant admits the allegations contained in Paragraph 39 incorrectly listed as paragraph 34 of Plaintiff's Complaint to the extent that he stated that the information was inaccurate related to the ownership of automobiles, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the remaining allegations contained in Paragraph 39 incorrectly listed as paragraph 34 of Plaintiff's Complaint

40. (35)

Defendant admits the allegations contained in Paragraph 40 incorrectly listed as paragraph 35 of Plaintiff's Complaint to the extent that he stated that the information was inaccurate related to the personal residence, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the remaining allegations contained in Paragraph 40 incorrectly listed as paragraph 35 of Plaintiff's Complaint

41. (36)

Defendant admits the allegations contained in Paragraph 41 incorrectly listed as paragraph 36 of Plaintiff's Complaint to the extent that he stated that the information was inaccurate related to cash on hand or in accounts, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the

remaining allegations contained in Paragraph 41 incorrectly listed as paragraph 35 of Plaintiff's Complaint

42. (37)

Defendant admits the allegations contained in Paragraph 42 incorrectly listed as paragraph 37 of Plaintiff's Complaint to the extent that he stated that the information was inaccurate related to income present on the Personal Financial Statement, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the remaining allegations contained in Paragraph 42 incorrectly listed as paragraph 37 of Plaintiff's Complaint .

43. (38)

Defendant admits the allegations contained in Paragraph 43 incorrectly listed as paragraph 38 of Plaintiff's Complaint to the extent that he stated that the information was inaccurate related to income present on the said tax return, but denies that Defendant provided any of the inaccurate or false information and documentation to Plaintiff, intentionally or otherwise and therefore denies the remaining allegations contained in Paragraph 43 incorrectly listed as paragraph 38 of Plaintiff's Complaint

44. (39)

Defendant admits the allegations contained in Paragraph 44 incorrectly listed as paragraph 39 of Plaintiff's Complaint and further states that the $1,523,839 figure was not a figure he provided Plaintiff or anyone.

45. (40)

Defendant admits the allegations contained in Paragraph 45 incorrectly listed as paragraph 40 of Plaintiff's Complaint but denies that he provided the said Tax Return of Global Capital to Plaintiff.

46. (41)

Defendant admits the allegations contained in Paragraph 46 incorrectly listed as paragraph 41 of Plaintiff's Complaint but denies that he provided the inaccurate or false Tax Return of Global Capital to Plaintiff and further denies that he ever represented the income of Global Capital as

being $1,390,000.

47. (42)

Defendant admits the allegations contained in Paragraph 47 incorrectly listed as paragraph 42 of Plaintiff's Complaint.

48. (43)

Defendant admits the allegations contained in Paragraph 48 incorrectly listed as paragraph 43 of Plaintiff's Complaint but denies that he provided Plaintiff any false or inaccurate information to Plaintiff or anyone else related to the Income Statement of Global Capital or the Balance Sheet of Global Capital.

49. (44)

Defendant admits the allegations contained in Paragraph 49 incorrectly listed as paragraph 44 of Plaintiff's Complaint but denies any implied liability attributable to Defendant related to said allegations.

50. (45)

Defendant, denies each and every allegation contained in the Paragraph 50 incorrectly listed as Paragraph 45 of Plaintiff's Complaint.

51. (46)

Defendant, denies each and every allegation contained in the Paragraph 51 incorrectly listed as Paragraph 46 of Plaintiff's Complaint.

52. (47)

Defendant, denies each and every allegation contained in the Paragraph 52 incorrectly listed as Paragraph 47 of Plaintiff's Complaint.

53.(48)

Defendant, denies each and every allegation contained in the Paragraph 53 incorrectly listed as Paragraph 48 of Plaintiff's Complaint.

54.(49)

Defendant, is unable to form a belief as to the truthfulness of the allegations contained in Paragraph 54 incorrectly listed as Paragraph 49 of Plaintiff's Complaint.

55.(50)

Defendant, is unable to form a belief as to the truthfulness of the allegations contained in Paragraph 55 incorrectly listed as Paragraph 50 of Plaintiff's Complaint

56.(51)

Defendant, denies each and every allegation contained in the Paragraph 56 incorrectly listed as Paragraph 51 of Plaintiff's Complaint.

57. (52)

Defendant, denies each and every allegation contained in the Paragraph 57 incorrectly listed as Paragraph 52 of Plaintiff's Complaint

58. (53)

Defendant, denies each and every allegation contained in the Paragraph 58 incorrectly listed as Paragraph 53 of Plaintiff's Complaint

59.(54)

Defendant, denies each and every allegation contained in the Paragraph 59 incorrectly listed as Paragraph 54 of Plaintiff's Complaint and further states that the actions of Plaintiff's own employee alone caused damages to Plaintiff.

60.(55)

Defendant, denies each and every allegation contained in the Paragraph 60 incorrectly listed as Paragraph 55 of Plaintiff's Complaint

61.(56)

Defendant, is unable to form a belief as to the truthfulness of the allegations contained in Paragraph 61 incorrectly listed as Paragraph 56 of Plaintiff's Complaint   .

62. (57)

Defendant, denies each and every allegation contained in the Paragraph 62 incorrectly listed as Paragraph 57 of Plaintiff's Complaint

63.(58)

Defendant, denies each and every allegation contained in the Paragraph 63 incorrectly listed as Paragraph 58 of Plaintiff's Complaint

64.(59)

Defendant, denies each and every allegation contained in the Paragraph 64 incorrectly listed as Paragraph 59 of Plaintiff's Complaint

65.(60)

Defendant, denies each and every allegation contained in the Paragraph 65 incorrectly listed as Paragraph 60 of Plaintiff's Complaint

66.(61)

Defendant, denies each and every allegation contained in the Paragraph 66 incorrectly listed as Paragraph 61 of Plaintiff's Complaint and further states that the actions of Plaintiff's own employee alone caused damages to Plaintiff.

67.(62)

Defendant, denies each and every allegation contained in the Paragraph 67 incorrectly listed as Paragraph 62 of Plaintiff's Complaint

68.

Defendant hereby denies each and every allegation of Plaintiffs' Complaint that is not herein denied, admitted or controverted.

WHEREFORE, Defendant prays as follows:

a) That judgment be found in favor of Defendant and against Plaintiff;

b) That Plaintiff's Claim be dismissed;

c) That all court costs and attorneys fees be taxed upon Plaintiff; and

d) For such other further relief as this Court deems equitable, just and proper.

This 10th day of March, 2014.

/s/ Stelian Pand
Pro-se Defendant

3125 New University Trail
Cumming, GA 30041
770-330-8331

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Answer to the Complaint to Determine Dischargeability of a Debt, by depositing same in the United States Mail with adequate postage affixed thereto to assure delivery, addressed as follows:

Paul G. Durdaller, Esq.,
Valerie K. Richmond, Esq.,
Stites & Harbison, PLLC
303 Peachtree Street NE
2800 SunTrust Plaza
Atlanta, GA 30308

Albert F. Nasuti, Esq.,
Chapter 7 Trustee
40 Technology Parkway South
Suite 300
Norcross, GA 30092

This 10th day of March, 2014.

                                                  /s/ Stelian Pand
                                                  Pro-se Defendant

3125 New University Trail
Cumming, GA 30041
770-330-8331