IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STELIAN G. PAND, | ) | Case No. 13-22846 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SUNTRUST BANK, | ) | |
| | ) | Adversary Proceeding No. 14-02019 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STELIAN G. PAND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIRD AMENDED NOTICE OF DEPOSITION OF FRANKLIN T. LY**

**PLEASE TAKE NOTICE** that the deposition of Franklin T. Ly has been rescheduled by agreement of the parties to **Friday, January 9, 2015, at 1:00 p.m.** at the law offices of Stites & Harbison, PLLC, 303 Peachtree Street N.E., 2800 SunTrust Plaza, Atlanta, Georgia 30308. The deposition shall continue from day to day, subject to adjournment and recommencement, until complete. All documents requested to be produced in the Subpoena Duces Tecum to Franklin T. Ly should be produced on or before the examination at the law offices of Stites & Harbison, PLLC, 303 Peachtree Street N.E., 2800 SunTrust Plaza, Atlanta, Georgia 30308.

Dated: January 8, 2015

**STITES & HARBISON PLLC**

By: <u>*/s/ Valerie K. Richmond*</u>
Paul G. Durdaller, Esq.
Georgia Bar No. 234890
Valerie K. Richmond, Esq.
Georgia Bar No. 142188
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308
Telephone: (404) 739-8800
Facsimile: (404) 739-8870
pdurdaller@stites.com
vrichmond@stites.com

*Attorneys for Plaintiff SunTrust Bank*

331068:1:ATLANTA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing THIRD AMENDED NOTICE OF DEPOSITION OF FRANKLIN T. LY was served via electronic mail on the below listed parties as follows this 8th day of January, 2015:

Evan M. Altman, Esq.
Building 2
8325 Dunwoody Place
Atlanta, Georgia 30350-3307
evan.altman@laslawgroup.com

Stuart M. Mones, Esq.
Stuart M. Mones, P.C.
146 Nassau Street
Atlanta, GA 30303
smm@moneslaw.com

                                          **STITES & HARBISON PLLC**

By:    *//s// Valerie K. Richmond*
         Valerie K. Richmond, Esq.
         Georgia Bar No. 142188

331068:1:ATLANTA