IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STELIAN G. PAND, | ) | Case No. 13-22846-reb |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SUNTRUST BANK, | ) | |
| | ) | Adversary Proceeding No. 14-02019 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STELIAN G. PAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FOURTH JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**

Plaintiff SunTrust Bank ("Plaintiff") and Defendant Stelian G. Pand ("Defendant," and together with Plaintiff, the "Movants"), by and through their undersigned counsel, pursuant to BLR 7026-2(a), hereby jointly move this Court for a fourth extension of the discovery period in this adversary proceeding through and including August 31, 2015.  In support thereof, Movants respectfully show the Court as follows:

1. Plaintiff initiated this adversary proceeding on February 17, 2014, by filing its *Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(2)(B)* (the "Complaint")[ AP Doc. 1].

2. Defendant filed his answer on March 10, 2014 [AP Doc. 4].

3. The discovery period is currently set to expire on March 31, 2015, pursuant to the certain *Order Granting Third Extension of Discovery Period* [AP Doc. 20].

4. The parties have conferred and agree to a further extension of the discovery period through and including August 31, 2015, for the purpose of conducting written discovery and depositions, including, without limitation, locating and obtaining information and completing depositions of certain third party witnesses.

5. The Court has the authority to modify the discovery period pursuant to BLR 7026-2(a).

WHEREFORE, Movants request that this Motion be granted and that the Court enter an order extending the discovery period through and including March 31, 2015, for the purpose of conducting written discovery and depositions, in the form attached hereto as Exhibit "A".

Dated: March 4, 2015

**STITES & HARBISON PLLC**

By: /s/ Valerie K. Richmond
 Paul G. Durdaller, Esq.
 Georgia Bar No. 234890
 Valerie K. Richmond, Esq.
 Georgia Bar No. 142188
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308
Telephone: (404) 739-8800
Facsimile: (404) 739-8870
vrichmond@stites.com

*Attorneys for SunTrust Bank*

AND

By: /s/ Evan M. Altman (with express permission)
 Evan M. Altman, Esq.
 Georgia Bar No. 014066
8325 Dunwoody Place
Building 2
Atlanta, Georgia 30350-3307

*Attorney for Stelian G. Pand*

# EXHIBIT A

*Proposed Order*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STELIAN G. PAND, | ) | Case No. 13-22846 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SUNTRUST BANK, | ) | |
| | ) | Adversary Proceeding No. 14-02019 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STELIAN G. PAND, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING FOURTH EXTENSION OF DISCOVERY PERIOD**

This matter came before the Court on the Fourth Joint Motion of SunTrust Bank ("Plaintiff") and Stelian G. Pand ("Defendant," and together the "Movants"), pursuant to BLR 7026-2(a), for entry of an order granting a fourth extension of the discovery period in this Adversary Proceeding through and including August 31, 2015, for the purpose of conducting written discovery and depositions (the "Motion"). [AP Doc. 27].

The Movants having agreed, and for good and sufficient cause, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that the discovery period in this Adversary Proceeding is hereby extended through and including August 31, 2015.

**IT IS SO ORDERED.**

333574:1:ATLANTA

4

***End of Order***

**Prepared and Presented by**:

**STITES & HARBISON PLLC**

By:  */s/ Valerie K. Richmond*
      Paul G. Durdaller, Esq.
      Georgia Bar No. 234890
      Valerie K. Richmond, Esq.
      Georgia Bar No. 142188
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308
Telephone:  (404) 739-8800
Facsimile:  (404) 739-8870
pdurdaller@stites.com
vrichmond@stites.com

*Attorneys for Plaintiff SunTrust Bank*

**AND**

By:  */s/ Evan M. Altman (with express permission)*
      Evan M. Altman
      Georgia Bar No. 014066
8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350-3307

*Attorney for the Defendant Stelian G. Pand*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing ***FOURTH JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD*** was served via first class U.S. Mail, postage prepaid, on the below listed parties as follows this 4th day of March, 2015:

Evan M. Altman
Building 2
8325 Dunwoody Place
Atlanta, Georgia 30350-3307

Stelian G. Pand
3125 New University Trail
Cumming, Georgia 30041

 

**STITES & HARBISON PLLC**

By:    *//s// Valerie K. Richmond*
        Paul G. Durdaller, Esq.
        Georgia Bar No. 234890
        Valerie K. Richmond, Esq.
        Georgia Bar No. 142188
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308
Telephone: (404) 739-8800
Facsimile: (404) 739-8870
pdurdaller@stites.com
vrichmond@stites.com

*Attorneys for Plaintiff SunTrust Bank*