

**IT IS ORDERED as set forth below:**


**Date: March 16, 2015**

_____

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. G13-22846-JRS |
| STELIAN G. PAND, | : | |
| | : | CHAPTER 7 |
| Debtor(s). | : | |
| | : | |
| | : | |
| SUNTRUST BANK, | : | ADVERSARY PROCEEDING |
| | : | |
| Plaintiff(s), | : | NO. 14-2019-JRS |
| | : | |
| v. | : | |
| | : | |
| STELIAN G. PAND, | : | |
| | : | |
| Defendant(s). | : | |

### ORDER ON RULE 26(f) REPORT

Upon review of the information contained in the Rule 26(f) Report completed and filed by the parties on January 28, 2015 and incorporated herein, it is

**ORDERED** that the time limits and provisions stated in the Report are **APPROVED** and HEREBY made the Order of the Court.

**[END OF DOCUMENT]**