**IT IS ORDERED as set forth below:**



Date: May 5, 2015

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STELIAN G. PAND, | ) | Case No. 13-22846-jrs |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SUNTRUST BANK, | ) | |
| | ) | AP No. 14-02019-jrs |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STELIAN G. PAND, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER AND FINAL JUDGMENT**

On October 4, 2013, Stelian G. Pand ("Debtor" or "Pand") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. in this Court, Case No. 13-22846-jrs (the "Bankruptcy Case"). On February 17, 2014, SunTrust Bank

1

("Plaintiff" or "SunTrust") initiated this adversary proceeding against the Debtor by filing that certain Complaint to Determine Dischargeability of a Debt (the "Complaint") [AP Doc. 1](the "Adversary Proceeding").

Pursuant to the Complaint, Plaintiff seeks entry of an order that the pre-petition debt owed by the Debtor to Plaintiff in the principal amount of $2,140,086.38, be held non-dischargeable and excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A) and (a)(2)(B) in the Bankruptcy Case and any subsequent bankruptcy case filed by or against the Debtor. On March 10, 2014, Debtor, *pro se*, filed his *Answer to Complaint* disputing and denying the allegations asserted by Plaintiff in the Complaint [AP Doc. 3].

The parties have agreed to settle this Adversary Proceeding, and the Debtor has consented and agreed to the entry of this Consent Order and Final Judgment, agreeing that the pre-petition debt owed to Plaintiff by the Debtor be deemed non-dischargeable and excepted from discharge to the extent and in the amount of ONE MILLION AND NO/100 DOLLARS ($1,000,000.00) where the remainder of the debt is considered discharged. The parties further agree that the settlement of the Adversary Proceeding shall not constitute an admission of liability on the part of the Debtor as to the allegations set forth in the Complaint.

Based on the agreement of the parties, and after review of the pleadings and other filings of record, and for good and sufficient cause, it is hereby:

**ORDERED** that unless paid by Debtor pursuant to this Judgment or some other future written agreement the pre-petition indebtedness owed by the Debtor to Plaintiff is hereby deemed non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and (a)(2)(B) in this Bankruptcy Case, and in any subsequent bankruptcy case filed by or against the Debtor, whether filed under Chapter 7, 11 or 13 of the Bankruptcy Code, in the amount of ONE MILLION AND NO/100

DOLLARS ($1,000,000.00); it is

**FURTHER ORDERED** that the Debtor may not, in this Bankruptcy Case, and any subsequent bankruptcy case filed by or against the Debtor, avoid any judicial lien of Plaintiff resulting from or arising out of this Consent Order and Final Judgment under 11 U.S.C. §§522(f) and/or 506 or any other provision of the Bankruptcy Code, unless Debtor settles the Judgment or some compromise thereof; and it is

**FURTHER ORDERED** that final judgment is hereby entered in favor of Plaintiff and against the Debtor in the amount of ONE MILLION AND NO/100 DOLLARS ($1,000,000.00).

***End of Order***

**CONSENTED TO BY:**

STITES & HARBISON PLLC

By: /s/ Valerie K. Richmond
Paul G. Durdaller, Esq.
Georgia Bar No. 234890
Valerie K. Richmond, Esq.
Georgia Bar No. 142188
STITES & HARBISON PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA 30308
(404) 739-8800 Telephone
(404) 739-8870 Facsimile
pdurdaller@stites.com
vrichmond@stites.com

*Attorneys for Plaintiff, SunTrust Bank*

By: /s/ Stelian Pand
Stelian G. Pand, individually
3125 New University Trail
Cumming, Georgia 30041

*-And-*

By: /s/ Evan M. Altman (by Valerie Richmond with express permission)
Evan M. Altman, Esq.
8325 Dunwoody Place, Bldg. 2
Northridge 400
Atlanta, Georgia 30350

*Attorney for the Debtor, Stelian G. Pand*