B 264
(1/96)

# United States Bankruptcy Court

_____ District Of _____

Gainesville Division

In re _____ ,    )

                Debtor                          )   Case No. _____

                                               )

_____, )   Chapter _____

                Plaintiff                       )

                                               )

               v.                             )

_____, )   Adv. Proc. No. _____

               Defendant                      )

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Name and Address of Judgment Creditor | Amount of Judgment:<br>$_____ |
|---|---|

vs.

| Name and Address of Judgment Debtor | Other Costs:<br>$_____<br><br>Date of Entry of Judgment:<br><br>_____ |
|---|---|

**TO THE UNITED STATES MARSHAL FOR THE** _____**DISTRICT OF** _____:

     You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**

     You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_____          _____

             Date                                                   Clerk of the Bankruptcy Court